IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TATYANA ROZENTULER | : | CIVIL ACTION |
| vs. | : | |
| WEST ASSET MANAGEMENT, INC. | : | NO. 07-CV-5805 (FLW) |

## **NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, Tatyana Rozentuler, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800